PREET BHARARA
United States Attorney for the
Southern District of New York
By: JACOB M. BERGMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel. No.: (212) 637-2776
Fax No.: (212) 637-2686
jacob.bergman@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>   RAHUL D. MANCHANDA,<br><br>                Debtor. | Chapter 13<br><br>Case No. 14-11259 (ALG)<br><br>**NOTICE OF APPEARANCE** |

------------------------------------------------------------------------x

TO:     Clerk of Court
          United States Bankruptcy Court
          Southern District of New York

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Internal Revenue Service.

Dated:  New York, New York
         September 2, 2014

                                                 PREET BHARARA
                                                 United States Attorney for the
                                                 Southern District of New York

                       By:     */s/ Jacob M. Bergman*
                                                 JACOB M. BERGMAN
                                                 Assistant United States Attorney
                                                 86 Chambers Street, Third Floor
                                                 New York, New York 10007
                                                 Telephone: (212) 637-2776
                                                 Facsimile: (212) 637-2686
                                                 Email: jacob.bergman@usdoj.gov