Law Office of Julio E. Portilla, P.C.
111 Broadway, Suite 706
New York, NY 10006
Tel.: (212) 365-0292; Fax: (212) 365-4417
jp@julioportillalaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re

RAHUL D. MANCHNADA

                                      Debtor(s).
----------------------------------------------------------------x

Case No.: 14-11259

## VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

      Julio E. Portilla, Esq., an attorney admitted to practice before this Court, and the Courts of the State of New York, hereby affirm under penalty of perjury as follows:

      1.     I am the principal attorney for the Law Office of Julio E. Portilla, P.C., attorneys for Rahul D. Manchanda (the "Debtor") and as such, I am fully familiar with all of the facts and circumstances herein.

      2.     On or about April 30, 2014 the above captioned debtor filed a voluntary petition (the "Petition") for relief under Chapter 13 of the United States Bankruptcy Code.

      3.     The case has not been converted under §§ 706, 1112 or 1208 of Title 11 of the United States Code.

      4.     The Debtor has advised counsel he wishes to dismiss the instant action, as such, I respectfully request that this Court dismiss this case pursuant to 11 U.S.C. § 1307.

      5.     The Debtor is fully aware that if this application is granted, he is no longer protected by the provisions of the Automatic Stay pursuant to §362(a)(2) and §362(a)(3) of the Bankruptcy Code.

**WHEREFORE**, for the reasons set forth above, it is respectfully requested that this Court dismiss the instant action, and that the Court grant such other and further relief as this Court finds just and equitable.

Dated: New York, New York
January 7, 2015

                    Respectfully submitted,

                    **LAW OFFICE OF JULIO E. PORTILLA, P.C.**
                    Attorneys for *the Debtor*
                    By:   *Julio E. Portilla*_____
                    Julio E. Portilla, (0690)
                    Law Office of Julio E. Portilla, P.C.
                    111 Broadway, Suite 706
                    New York, NY 10006
                    (212) 365-0292